UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL SINDRAM,          :
                          :
        Plaintiff,        :   Misc. Case. No.:    05-0241 (RMU)
                          :
        v.                :   Document No.:       2
                          :
BARBARA W. WILLIAMS *et al.*, :
                          :
        Defendants.       :

**ORDER**

**FILED**
MAY 3 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DENYING THE PLAINTIFF'S MOTION FOR RECONSIDERATION**

Pending before the court is the plaintiff's motion for reconsideration from the court's order denying his motion for relief from the May 6, 2005 order (which, in turn, denied the plaintiff's motion for leave to proceed *in forma pauperis*). The plaintiff is barred from filing any lawsuits in this court without first obtaining leave to file. *Sindram v. Saunders*, Civ. Action No. 03-2110 (D.D.C. Aug. 11, 2004). The plaintiff has not satisfied the conditions of the barring order. Accordingly, it is this 3rd day of May, 2007 hereby

**ORDERED** that the plaintiff's motion for reconsideration is **DENIED**.

_____
Ricardo M. Urbina
United States District Judge