UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
          Disabled Veteran/Plaintiff,
v.                                                Civil Miscellaneous Case 05-241-RMU
BARBARA WILLIAMS, *et al.*,
          Defendants.
\*                       \*                                  \*                                \*

## MOTION FOR EXPEDITED JUDICIAL REVIEW

    DISABLED VETERAN/PLAINTIFF, Michael Sindram, *pro-se*, in his Motion For Expedited Judicial Review, states the following:

    1. Leave To File Verified Complaint, adopted and incorporated herein by reference, received by the court on October 29, 2007 remains pending and unacted upon. Defendants' unconstitutional actions continues to work reputational and economic harms and injuries against me to irreparably harm this disabled Veteran, who has served our country more than most.

    2. A unanimous United States Supreme Court has admonished that *pro-se* in forma pauperis Complaints must be read with tolerance: Dismissal is impermissible unless court can say *"with assurance that under allegations of pro-se Complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears 'beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'"* Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972), quoting Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 101-02, 2 L.Ed.2d 80 (1957), *reaffirmed* in Estelle v. Gamble, 429 U.S. at 106, 97 S.Ct. at 292 (1976).

    3. The Fourth Circuit has recognized an *"indisputable desire that those litigants with meritorious claims should not be tripped up in court on technical niceties."* Beaudett v. City of Hampton, 755 F.2d 1277-78 [citing Gordon v. Leeke, 574 F.2d 147 (4th Cir. 1978)].

    WHEREFORE, good cause having been shown and premises considered, Order should now pass:
    1. Granting Leave To File Verified Complaint;
    2. Such other and further relief as to the Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

**RECEIVED**
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY copy of foregoing Motion For Expedited Judicial Review was mailed, postage prepaid, this 4th day of January, 2008 to: Barbara W. Williams, 2225 Georgia Avenue, N.W., Ste. 725, Washington, D.C. 20059; and to John Zacker, 218 Mitchell Building, College Park, MD 20742-5221. *Michael Sindram*
                                                                                           Michael Sindram

UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM [Disabled Veteran],

      Plaintiff,

                  Civil Action No. 05-241(RMU)

BARBARA A. WILLIAMS, et al.,
      Defendants.

## LEAVE TO FILE VERIFIED COMPLAINT

DISABLED VETERAN/PLAINTIFF, Michael Sindram, *pro-se*, in his Leave To File Verified Complaint states as follows:

Disabled Veteran/Plaintiff has shown tenable bases of defendants' violation of **Family Education Rights and Privacy Act (FERPA)**. In addition, defendants' denial of Disabled Veteran/Plaintiff's requested entitled reasonable classroom/public accommodations as mandated by **Americans with Disabilities Act of 1990 (ADA)** to demonstrate defendants wanton and willful rancorous malicious misconduct and total disregard of Disabled Veteran/Plaintiff's constitutionally-guaranteed rights pursuant to **United States Constitution Amendments 5 and 14**: *"No state shall make or enforce any law which shall abridge privileges or immunities of citizens of United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction equal protection of laws."* Disabled Veteran/Plaintiff's claims are not frivolous or taken in bad faith but raises new matters never before decided on the merits by any federal court. Disabled Veteran/Plaintiff truthfully certifies the instant Case is filed in good faith, not for an improper purpose and states a colorable basis in law and fact on penalty of contempt of this Court.

                        In God we trust;

                        Michael Sindram, Disabled Veteran/Plaintiff
                        6645 Georgia Avenue, N.W. #306
                        Washington, D.C. 20012
                        (202)722-6281

## EXPEDITED HEARING REQUEST

Expedited hearing request to be advanced on Court's calendar to earliest practicable date to aid in the decisional process. Indeed, justice delayed is "just-ice" denied!

                        Michael Sindram

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of foregoing Leave To File Verified Complaint was mailed, postage prepaid, this 29th day of October, 2007 to: Barbara W. Williams, 2225 Georgia Ave., N.W., Ste. 725, Washington, D.C. 20059; & to John Zacker, 2118 Mitchell Building, College Park, Md 20742-5221.

                        Michael Sindram

*Do for others what you want them to do for you! (Matthew 7:12a)*