## UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
        Disabled Veteran/Plaintiff,

    v.                             Case No.05-mc-241(RMU)

BARBARA WILLIAMS, et al.
        Defendants.

\*              \*              \*              \*

### APPLICATION PURSUANT TO COURT ORDER SEEKING LEAVE TO FILE
### NOTICE OF APPEAL

NOTICE is given this 14th day of May, 2008, that DISABLED VETERAN/ PLAINTIFF, Michael Sindram, *pro-se*, APPEALS to United States Court of Appeals for District of Columbia Circuit from judgment of this Court entered May 7, 2008.

Leave To File is adopted and incorporated herein by reference. Disabled Veteran/Plaintiff certifies that his weighty claims are not frivolous or taken in bad faith. Disabled Veteran/Plaintiff shows a tenable basis for each claim of which subject matter jurisdiction is based on diversity of citizenship (28 U.S.C. § 1332) and violation of civil rights under 42 U.S.C. § 1983, *et seq*. Notice pleading under Fed. R. Civ. P. 8 requires only a "short and plain statement of claim showing pleader is entitled to relief." A unanimous United States Supreme Court has admonished that *pro-se* in forma pauperis Complaints must be read with tolerance: Dismissal is impermissible unless court can say ***"with assurance that under allegations of pro-se Complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears 'beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'" Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972), quoting ***Conley v. Gibson***, 355 U.S. 41, 45-46, 78 S.Ct. 99, 101-02, 2 L.Ed.2d 80 (1957), *reaffirmed* in ***Estelle v. Gamble***, 429 U.S. at 106, 97 S.Ct. at 292 (1976). Copy of Order of April 20, 1993 is annexed hereto.

**In God we trust:**

*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing was mailed, postage prepaid, this 14th day of May, 2008 to: Barbara W. Williams, 2225 Georgia Avenue, N.W., Suite 725, Washington, D.C. 20059; and to: John Zacker, 218 Mitchell Building, College Park, MD 20742-5221.

*Michael Sindram*
Michael Sindram

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a**

## RECEIVED

MAY 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 91-7110

September Term, 19⁹²

89cv01579

Michael Sindram,

    **Appellant**

  v.

Stuart F. Johnson

United States Court of Appeals
For the District of Columbia Circuit

**FILED** APR 2 0 1993

RON GARVIN
CLERK

**BEFORE:** Wald, Ruth B. Ginsburg and Sentelle, Circuit Judges

## O R D E R

Upon consideration of the response to this court's order to show cause issued November 19, 1992, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that Michael Sindram be enjoined from filing any new cases in the United States Court of Appeals for the District of Columbia Circuit without first obtaining leave of this court. A request for leave to file must accompany each notice of appeal or petition for relief. In seeking leave to file, Mr. Sindram must certify that his claim or claims are not frivolous or taken in bad faith, and he must show a tenable basis for each claim. Additionally, each motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File," and Mr. Sindram must affix a copy of this order to each such motion. Failure to comply strictly with the terms of this injunction will be sufficient grounds for denying leave to file.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C. Cir. Rule 15.

**Per Curiam**